IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mr. Christopher Dunbar, | ) | C/A No.: 1:13-853-JFA |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER |
| Ms. Florence Mauney; Ms. Snyder, IGB Coordinator and all her assistance since her removal; IGB Chief Ann Hallman; Ms. Merchant, Mail Person(s); Ms. Davis, Mail Person(s); Mental Health Ms. Delanie, Pshy Doct; GPH Ms. Manwel; Lt. Bennett of PCI; Lt. Conwell of PCI; Nurse Cathy Jones of PCI, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff, an inmate at Perry Correctional Institution proceeding *pro se,* filed a complaint and amended complaint concerning prison conditions pursuant to 42 U.S.C. §1983. ECF No. 1, 6. By order issued on April 24, 2013, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. ECF No. 10. Specifically, the order directed Plaintiff to sign his complaint and amended complaint forms, sign his application to proceed *in forma pauperis*, and provide service documents for the defendants. *Id.* at 2–3. The order warned Plaintiff that failure to provide the necessary information within the timetable set in the order would subject the case to dismissal. *Id.* at 2. Plaintiff did not respond to the order and the time for response has lapsed, thus, Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. Therefore the case is **dismissed** ***without***

*prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). Plaintiff's motion to proceed *in forma pauperis* is terminated as **moot**.

IT IS SO ORDERED.

May 28, 2013  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.