AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mr. Christopher Dunbar,<br>*Plaintiff*<br>v.<br>Ms. Florence Mauney; Ms. Snyder, IGB Coordinator and all her assistance since her removal; IGB Chief Ann Hallman; Ms. Merchant, Mail Person(s); Ms. Davis, Mail Person(s); Mental Health Ms. Delanie, Pshy Doct; GPH Ms. Manwel; Lt. Bennett of PCI; Lt. Conwell of PCI; Nurse Cathy Jones of PCI,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.   1:13-cv-00853-JFA-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Mr. Christopher Dunbar, shall take nothing of the defendants, Ms. Florence Mauney, Ms. Snyder, IGB Chief Ann Hallman, Ms. Merchant, Ms. Davis, Mental Health Ms. Delanie, GPH Ms. Manwel, Lt. Bennett, Lt. Conwell, and Nurse Cathy Jones, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, United States District Judge, presiding, dismissing the action without prejudice.

Date:  May 28, 2013                              *LARRY W. PROPES, CLERK OF COURT*

                                                              s/A. Buckingham
                                                *Signature of Clerk or Deputy Clerk*